

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00122-CR

Carlos Bernard **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8656
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Before the Court is the State's third motion for extension of time requesting a 30-day extension. The State's brief was originally due August 13, 2015, and it has been allowed two extensions of time to October 14, 2015. The State now requests another 30-day extension to November 13, 2014.

Given the generous extensions of time already allowed, the motion is GRANTED in part. The State must file its brief on or before Thursday, October 29, 2015. This extension extends appellant's deadline to 75 days after the original brief was due. For this reason, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**. If the State's brief is not filed by this date, the case will be set at issue, and the appeal will proceed without the State's brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court